IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KIRBY TATE (#198404),** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 19-00291-KD-B |
| | * |
| **DR. SCOTT,** *et al.,* | * |
| | * |
| Defendants. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 16, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' motion for summary judgment is **GRANTED** and Plaintiff's complaint is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **24th** day of **May 2021**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**