# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KIRBY TATE (#198404),** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO. 19-00291-KD-B |
| | * |
| **DR. SCOTT,** *et al.,* | * |
| | * |
| Defendants. | * |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **24th** day of **May 2021**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**